**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA**

**v.**  Case Number: 19-mc-91154

**DENVIL CALLWOOD,**
**Defendant.**

**ASSENTED TO MOTION FOR ENDS-OF-JUSTICE CONTINUANCE OF TIME FOR FILING AN INDICTMENT OR INFORMATION, AND EXCLUSION OF TIME, <u>UNDER THE SPEEDY TRIAL ACT</u>**

The United States of America, by and through Assistant United States Attorney David G. Tobin, respectfully moves this Court to grant a continuance of the time within which an Indictment or Information must be filed as to said defendant to May 28, 2019, and exclude the time period from April 17, 2019, through May 28, 2019, from the speedy trial clock, pursuant to the Speedy Trial Act ("STA"), 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the grounds that the ends of justice served by granting the requested continuance and excluding this period outweigh the best interests of the public and the defendant in a speedy trial.   The United States further asks this Court to issue the attached proposed *Order of Continuance and Excludable Delay*.   In support of this request, the government states as follows:

1.     On May 21, 2018, DENVIL CALLWOIOD ("Defendant") was charged by criminal complaint with False Statement in Application for a Passport, in violation of 18 U.S.C. § 1542. (Case No. 18-mj-7216-JCB).   On March 29, 2019, Defendant made his initial appearance before

Magistrate Judge Jennifer C. Boal in the United States District Court in Boston, Massachusetts, after having been transported by the United States Marshals from the District of Puerto Rico. At his initial appearance before Magistrate Judge Boal Defendant waived his right to a probable cause hearing and consented to a voluntary order of detention without prejudice. The 30-day Speedy Trial clock began to run on March 30, 2019.

2. The requested exclusion of time will afford the parties sufficient time to explore the possibility of resolving the case without an Indictment or trial and to pursue a Rule 20 transfer of Defendant's federal case in the District of Puerto Rico to the District of Massachusetts.

3. The defense assents to this motion.

4. A proposed order is attached.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ David G. Tobin*
DAVID G. TOBIN
Assistant U.S. Attorney

Dated: April 17, 2019

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document will be provided to Attorney Jeffrey K. Clifford, counsel for Defendant.

By: */s/ David G. Tobin*
DAVID G. TOBIN
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DENVIL CALLWOOD,**<br><br>**Defendant.** | **Case No. 19-mc-91154** |

### ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

Upon consideration of the assented to motion of the government seeking an order of continuance and excludable delay, the Court finds as follows:

1. Said parties have been engaged in preliminary discussions, and intend to engage in discussions, regarding the possible resolution of this matter (which was initiated by a criminal complaint in *United States v. Denvil Callwood* (18-mj-07216-JCB). The requested continuance of the time in which an Indictment or Information must be filed will permit defense counsel to adequately confer with Defendant, and allow the parties to address the matter fully, before the government is required to seek an Indictment or Information. Such a resolution would help to conserve the scarce resources of the Court and the parties as well as provide the parties and the public with certainty as to the outcome of the proceeding.

2. Accordingly, the ends of justice served by granting the requested continuance, and excluding the time period from April 17, 2019, through and including May 28, 2019, from the speedy trial clock, outweigh the best interests of the public and Defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and

5(c)(1)(A)of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

Accordingly, the Court hereby grants the motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the *Plan for Prompt Disposition of Criminal Cases*, the period from April 17, 2019, through and including May 28, 2019, is excluded from the speedy trial clock and from the time within which an Indictment or Information as to Defendant must be filed.

                                                                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

Date: